U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 0 2 2017

TONY R. MOORE CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THOMAS E. COCHRAN | * | CIVIL ACTION NO. 2:16-CV-01633 |
| v. | * | JUDGE JAMES T. TRIMBLE, JR. |
| NABORS DRILLING TECHNOLOGIES USA, INC. | * | MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, and the reasons set forth therein,

**IT IS ORDERED** that Nabors Drilling Technologies USA, Inc.'s Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Complaint (Rec. Doc. 7) is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** at plaintiff's cost.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 2nd day of June, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE